463 A.2d 63

Schaeffer et al. v. Shaffer et al., Appellants.

Argued March 9, 1983. Samuel Leach Andes, for appellants; John J. Krafsig, Jr., for appellees.

Before WICKERSHAM, BECK and MONTEMURO, JJ.

Order affirmed.